TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00421-CR

Anthony George Williams, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 48,505, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

PER CURIAM

Appellant Anthony George Williams pleaded guilty and judicially confessed to
delivering less than four grams of cocaine. Tex. Health & Safety Code Ann. § 481.112(a), (c) 
(West Supp. 1999). The district court adjudged him guilty and assessed punishment at
imprisonment for fifteen years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is
frivolous and without merit. The brief meets the requirements of Anders v. California, 386 U.S.
738 (1967), by presenting a professional evaluation of the record demonstrating why there are no
arguable grounds to be advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App.
1974); Jackson v. State, 485 S.W.2d 553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d
137 (Tex. Crim. App. 1969). A copy of counsel's brief was delivered to appellant, and appellant
was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief
has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is
frivolous and without merit. Further, we find nothing in the record that might arguably support
the appeal.

The judgment of conviction is affirmed.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Affirmed

Filed: March 25, 1999

Do Not Publish